# VEDDER PRICE

BRYAN CLARK
ASSOCIATE
+1 (312) 609 7810
bclark@vedderprice.com

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609 7500
F: +1 (312) 609 5005

CHICAGO • NEW YORK • WASHINGTON, DC
LONDON • SAN FRANCISCO • LOS ANGELES

March 16, 2015

**VIA FEDEX**

U. S. Court of Appeals for the Second Circuit
40 Centre Street (40 Foley Square)
New York, NY 10007

  Re: Request for Audio Recordings of Oral Arguments

Dear Sir or Madam:

  We would like to order audio records of oral arguments which were held in the following cases:

- Oral argument on 2/25/15 in Tanasi v. New Alliance Bank, Case No. 14-1389.

- Oral argument on 3/4/15 in Franco v. Allied Interstate LLC, Case No. 14-1464.

  Enclosed is a check in the amount of $60.00 to cover the cost of both transcripts. Should you require any additional information, please do not hesitate to contact me.

                Very truly yours,

                Bryan Clark

BC:lt
Enclosure

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.