# PHILIP D. STERN
ATTORNEY AT LAW LLC

PHILIP D. STERN *NJ & DC Bars*
pstern@philipstern.com

2816 MORRIS AVENUE, SUITE 30
UNION, NJ 07083-4870
(973) 379-7500
*www.philipstern.com*

March 10, 2015

Honorable Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Gilberto Franco v. Allied Interstate LLC fka Allied Interstate, Inc., Case 14-1464

Dear Ms. Wolfe,

Please accept this letter as my request for a copy of the audio of the oral argument held on March 4, 2015 at 10:00AM before the Honorable Raggi, Wesley and Lynch in Courtroom 1703.

I enclose my check payable to the United States Court of Appeals in the amount of **$30.00**. Kindly send the copy to my address as set forth in the letterhead

Please contact me with any questions.

Very truly yours,

Philip D. Stern

•10-23•